UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| WEN C. CHIANG,<br>                Plaintiff,<br>v.<br>MBNA AMERICA BANK, N.A. and<br>FIA CARD SERVICES, N.A.,<br>                Defendant. | NO. 07-11733-RWZ |

**FINAL JUDGMENT**

ZOBEL, District Judge

On the basis of the Joint Status Report and Notice of Settlement (the "Settlement") filed on February 19, 2010 by plaintiff Wen C. Chiang ("Chiang") and defendants FIA Card Services, N.A. f/k/a MBNA America Bank, N.A. ("FIA") and Bank of America, N.A.; the Court's Order of March 12, 2010; FIA's request to reopen this action for the limited purpose of entering final judgment pursuant to and in accordance with the stipulated terms of the Settlement, and Chiang's failure to make the settlement payment to FIA as agreed upon in the Settlement,

It is ORDERED ADJUDGED AND DECREED that final judgment shall enter forthwith for FIA on its counterclaim against Chiang in the amount of Thirty Seven Thousand Dollars ($37,000) without costs.

Pursuant to the stipulated terms of the Settlement, execution hereon shall issue forthwith.

Date: _____, 2010

By the Court,

/s/ Lisa A. Urso
Lisa A. Urso
Deputy Clerk